# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0369.  FRANKLIN ABREU v. ROSEMARIE ABREU.**

Franklin Abreu filed this application for discretionary appeal, seeking to appeal a superior court order denying his contempt petition. Because it appears that the petition for contempt is based on alleged violations of a divorce decree, jurisdiction lies in the Supreme Court, which has appellate jurisdiction over "[a]ll divorce and alimony cases."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/23/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, Clerk.